UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C&SM INT'L, a South Korea Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>SALT & PEPPERS CLOTHING, INC., a California Corporation d/b/a JEALOUS TOMATO; JAY OH, an individual; CENTURY21 DEPARTMENT STORES, LLC, a New York corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:17-CV-1513 PA (SSx)<br><br>**ORDER RE: STIPULATION FOR DISMISSAL**<br><br>**Honorable Percy Anderson, Judge Presiding** |

The parties having so stipulated and agreed, it is hereby SO ORDERED. Defendants SALT & PEPPER CLOTHING, INC. d/b/a JEALOUS TOMATO, JAY OH, CENTURY21 DEPARTMENT STORES, LLC are hereby DISMISSED without prejudice and without an award of costs or fees to any party which shall automatically be deemed a dismissal with prejudice and without an award of costs or fees to any party as of 15th day since the issuance of this order.  During the 2-week period after

the issuance of this order, the Court retains jurisdiction to enforce terms of the settlement agreement, including re-opening the case.

Dated: July 6, 2017

                                        Honorable Percy Anderson
                                        United States District Court Judge